**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LINDSAY CASPERSON**                                                          **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:20-cv-00073-TSL-RHW**

**MISSISSIPPI FAIR COMMISSION;
NORTH AMERICAN MIDWAY ENTERTAINMENT, LLC;
AND JOHN and JANE DOE 1-10;**                               **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL AS TO CERTAIN CLAIMS
AND ORDER OF REMAND AS TO REMAINING CLAIMS**

This matter came before the Court on the agreed motion *ore tenus* of the plaintiff and the defendants, Mississippi Fair Commission and North American Midway Entertainment, LLC, for an Agreed Judgment of Dismissal as to certain claims and remand of remaining claims to state court, and the Court having considered the matter, finds that the request is well-taken and should be granted. The parties have agreed to the remand of this action conditioned on dismissal of certain claims and certain stipulations set forth herein, and as such, the Court hereby orders and adjudges as follows:

1. The plaintiff hereby stipulates that she will not seek to recover as a judgment against the defendants in state court any amount in excess of $74,999.00, exclusive of interest and costs.

2. All claims by the plaintiff in this action against the defendants, Mississippi Fair Commission and North American Midway Entertainment, LLC, for damages exceeding $74,999.00, exclusive of interest and costs, are hereby dismissed with prejudice.

3. This Court retains jurisdiction to enforce the terms of this Judgment.

IT IS THEREFORE ORDERED AND ADJUDGED that in accordance with the above, the plaintiff's claims against the defendants, Mississippi Fair Commission and North American Midway Entertainment, LLC, for damages in excess of $74,999.00, exclusive of interest and costs, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff's remaining claims for damages up to $74,999.00, exclusive of interest and costs, are hereby remanded to the Circuit Court of the First Judicial District of Hinds County, Mississippi.

SO ORDERED AND ADJUDGED this the 3rd day of March, 2020.

/s/Tom S. Lee_____
U. S. DISTRICT COURT JUDGE

STIPULATED AND AGREED TO BY:

| /s/ *Raynetra Gustavis*_____ | /s/ *Rebecca B. Cowan*_____ |
|---|---|
| Raynetra Gustavis (MSB No. 105344) | Rebecca B. Cowan (MSB #7735) |
| Chhabra & Gibbs, P.A. | CURRIE JOHNSON & MYERS, P.A. |
| 120 N. Congress Street, Suite 200 | 1044 River Oaks Drive |
| Jackson, MS 39201 | P. 0. Box 750 |
| Telephone: (601) 948-8005 | Jackson, MS 39205-0750 |
| Facsimile: (601) 948-8010 | Telephone: (601) 969-1010 |
| ATTORNEY FOR PLAINTIFF | Fax: (601) 969-5120 |
| | ATTORNEY FOR DEFENDANTS |